IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| WILLIAM CLUXTON | : |
| Plaintiff, | : Case No. 23-cv-0397 |
| vs. | : Judge Matthew W. McFarland |
| DARNELL PATE, et al. | : |
| Defendants. | : |

**DEFENDANTS DARNELL PATE AND ROBERT PETERS' OFFER OF JUDGMENT**

TO: Plaintiff William Cluxton, by and through his attorneys Konrad Kircher and Blaise Underwood.

Under Fed. R. Civ. P. 68, to encourage settlement and avoid protracted litigation, and without admission of liability, Defendants Darnell Pate and Robert Peters offer to allow final judgment to be taken against them with respect to Plaintiff William Cluxton's claims as follows:

1) In the amount of forty-five thousand dollars ($45,000.00)

2) The amount shall be deemed all-inclusive in that the offer includes all of Plaintiff's costs, expenses, and attorney fees as of the date of this offer, as well as any potential verdict or judgment and interest your client may obtain should this case proceed to trial.

The judgment entered in accordance with this Offer of Judgment is to be in total resolution of any and all claims by Plaintiff William Cluxton against all Defendants.

Respectfully submitted,

/s/ Mac Malone
Patrick Kasson (0055570)
Mac P. Malone (0102214)
REMINGER CO., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
Email: pkasson@reminger.com
       mmalone@reminger.com

*Counsel for Defendants Darnell Pate and Robert Peters*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served *via email* this 15th day of November 2023, upon the following:

Konrad Kircher (0059249)
RITTGERS & RITTGERS
12 East Warren Street
Lebanon, Ohio 45036
T: 513-932-2115 | F: 513-934-2201
konrad@rittgers.com


Blaise Underwood (0081291)
Rose & Dobyns Co., LPA
97 N. South Street
Wilmington, Ohio 45177
T: 937-382-2838 | F: 937-382-7748
bunderwood@rosedobyns.com

*Counsel for Plaintiff*

                                                    */s/ Mac Malone*
                                                    Patrick Kasson (0055570)
                                                    Mac P. Malone (0102214)

## Konrad Kircher

| | |
|---|---|
| **From:** | Konrad Kircher |
| **Sent:** | Monday, November 20, 2023 3:33 PM |
| **To:** | pkasson@reminger.com; mmalone@reminger.com; Katherine L. (Other) |
| **Cc:** | bunderwood@rosedobyns.com |
| **Subject:** | Cluxton v. Pate |
| **Attachments:** | Amended Offer of Judgment.pdf |

Plaintiff accepts the amended Offer of Judgment. Please send payment to Mr. Underwood's office, payable jointly to William Cluxton and Rose & Dobyns. I will proceed with filing the Offer and the acceptance with the Court.

Konrad Kircher
Attorney
Direct: 513-218-1252
Office: 513-932-2115
12 E. Warren Street
Lebanon, Ohio 45036




RITTGERS RITTGERS NAKAJIMA

This electronic transmission contains information from the law firm of Rittgers Rittgers & Nakajima which is privileged, confidential or otherwise the exclusive property of the intended recipient or of Rittgers Rittgers & Nakajima. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-932-2115) or by electronic mail and promptly destroy the original transmission. Thank you for your assistance.