IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| WILLIAM CLUXTON, | : | Case No. 1:23-cv-397 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| DARRELL PATE, et al., | : | |
| Defendants. | : | |

**ORDER DIRECTING CLERK OF COURTS TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS PURSUANT TO FED. R. CIV. P. 68**

This matter is before the Court on Plaintiff's Motion to enter Judgment and Terminate Case (Doc. 12). The parties have advised the Court that Plaintiff has accepted Defendants' offer made pursuant to Federal Rule of Civil Procedure 68. (*See* Motion, Doc. 12.) The Motion (Doc. 12) is therefore **GRANTED** and the Clerk of Courts is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants in the amount of forty-five thousand dollars ($45,000.00). Following, this case will be terminated from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND