## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**William Cluxton,**

    **Plaintiff,**

-vs-                                                                                      **Case No. 1:23-cv-397**

**Darnell Pate, et al.,**

    **Defendants.**

_____

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **[ ]** | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[ X ]** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED:

The Motion (Doc. 12) is therefore GRANTED and the Clerk of Courts is DIRECTED to enter judgment in favor of Plaintiff and against Defendants in the amount of forty-five thousand dollars ($45,000.00). Following, this case will be terminated from the Court's docket.

Date:  December 7, 2023                                  Richard W. Nagel, CLERK

                                                                                 By: s/ Z. Cothran_____

                                                                                        Deputy Clerk